WALTER CHRISTIE, APPELLANT, vs L. J. LOOMIS AND HALSEY FITCH, APPELLEES.

Appeal from Circuit Court, Alachua county.

*Horatio Davis*, for Appellant.

*W. W. Hampton*, for Appellees.

The bill in this case was filed by the appellant against the appellees. There was decree for the defendants, and the complainant appeals. The decree is affirmed.

Decision Per Curiam.